IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| THE STANDARD REGISTER COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:12-cv-068 |
| vs. ) | |
| ) | Judge Timothy S. Black |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

ORDER

The Joint Motion for Stay filed by the plaintiff Standard Register Company and the defendant United States of America is GRANTED.

This case is stayed until the United States Court of Appeals for the Sixth Circuit issues a decision in United States v. Quality Stores, Inc., Case No. 10-1563.  That case involves the same issue raised by plaintiff in the Complaint, *i.e.*, whether severance pay is subject to FICA tax, and may become controlling precedent.  After the Sixth Circuit issues a decision in Quality Stores, the parties shall file a joint status report within 30 days, advising the Court as to what further proceedings, if any, are necessary in the present case.  The defendant United States need not file an answer or otherwise respond to the Complaint until 30 days after the lifting of the stay.

**IT IS SO ORDERED**.


Dated:   April 27, 2012             *s/ Timothy S. Black*
                                     TIMOTHY S. BLACK
                                     UNITED STATES DISTRICT JUDGE